# *IN THE UNITED STATES DISTRICT COURT*
### *EASTERN DISTRICT OF ARKANSAS*
### *WESTERN DIVISION*

UNITED STATES OF AMERICA

vs.                               NO.   4:10CR00205-001    SWW

MICHAEL MCCAMMON

### ORDER

Pending before the Court is government's motion to correct the firearm forfeited in this case.  The defendant has no objection.

The Court has considered the motion and finds that government's motion [doc #205] should be, and it is hereby, ***granted***.

IT IS SO ORDERED that based on the unopposed motion of the United States, the record is hereby corrected to show that the firearm at issue in this case is a Harrington and Richardson, .32 caliber revolver, serial number: 339539.

IT IS SO ORDERED this 28th day of June 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE